**Opinion issued May 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00298-CV

————————————

## IN RE NANCY PRESSLER AND H. PAUL PRESSLER III, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On April 19, 2023, relators Nancy Pressler and H. Paul Pressler III filed a petition for writ of mandamus challenging the trial court's April 17, 2023 order compelling net worth discovery.[1] In conjunction with the petition, relators filed a

---

[1] The underlying case is *Gareld Duan Rollins, Jr. v. H. Paul Pressler III, Nancy Pressler, Paige Patterson, Jared Woodfill, The Woodfill Law Firm, f/k/a Woodfill & Pressler, L.L.P., Southwestern Baptist Theological Seminary, First Baptist Church of Houston, The Southern Baptist Convention, and The Executive Committee of the Southern Baptist Convention*, cause number 2017-69277A, pending in the 127th District Court of Harris County, Texas, the Honoarble Ravi K. Sandill presiding.

motion to stay the discovery order pending our decision on the mandamus petition. On April 20, 2023, our Court issued an order granting relators' stay motion and requested a response to the mandamus petition. On the same day, however, relators informed our Court that the trial court issued an amended order mooting the issues raised in their mandamus petition and the related stay motion.[2]

Accordingly, we dismiss this original proceeding as moot and withdraw our April 20, 2023 order.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[2] Relators subsequently filed a mandamus petition challenging the amended discovery order. Relators' challenge to the amended discovery remains pending in *In re Nancy Pressler and H. Paul Pressler III*, Case No. 01-23-00304-CV (Tex. App.—Houston [1st Dist.]). Our Court granted a stay of the amended discovery order pending our determination on the mandamus petition.